**Opinion issued April 12, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00268-CV**

———————————

**IN RE LILLY LERNER, Relator**

———————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————

## MEMORANDUM OPINION

Relator, Lilly Lerner, has filed a petition for writ of mandamus challenging the trial court's April 5, 2024 order (1) vacating the writ of supersedeas issued by the district court clerk on February 8, 2024, and (2) holding that the "September 27, 2023 order has not been suspended . . . and remains in full force and effect."[1] We

---

[1] The underlying case is *In the Interest of APL and TDL, Minor Children*, cause number 2015-64508, pending in the 247th District Court of Harris County, Texas, the Honorable Janice Berg presiding.

deny the petition. Relator's emergency motion for a temporary stay of the April 5, 2024 order is dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.